

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

**Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause**

*H-09-118M
2/18/09 8w5*

Offender: Jenkins, James                                Docket Number: 04CR00179-001

Sentencing Judge: Honorable Denny Chin, U.S. District Judge

Date of Original Sentence:    September 28, 2005

Original Offense:    Felon in Possession of a Firearm;18USC922, a class C felony

Original Sentence:    Fifty two (52) months imprisonment followed by three (3) years supervised release

Type of Supervision:    Supervised Release        Date Supervision Commenced:    January 28, 2008

---

## PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following conditions of supervision:

<u>Nature of Noncompliance</u>

1    ON OR BEFORE DECEMBER 12, 2008, THE RELEASEE USED A CONTROLLED SUBSTANCE, TO WIT, MARIJUANA.  MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION.

2    ON OR ABOUT JANUARY 3, 2009, THE RELEASEE FAILED TO ABIDE BY COURT ORDERED TREATMENT, IN THAT HE LEFT DAYTOP FARROCKAWAY'S LONG TERM TREATMENT FACILITY WITHOUT THE PERMISSION OF TREATMENT STAFF OR THE PROBATION DEPARTMENT.  SPECIAL CONDITION, GRADE C VIOLATION.

3    ON OR ABOUT JANUARY 5, 2009 THE RELEASEE LEFT THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR THE PROBATION OFFICER, TO WIT, THE PROBATIONER/RELEASEE TRAVELED TO TEXAS.  CONDITION # 8, GRADE C VIOLATION.

(Rev. eVOF 12/05/07)

Jenkins, James                                        42694 - Deanna M. Prisco

2

U.S. Probation Officer Recommendation:

The term of supervision should be:

Revoked

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Deanna M. Prisco
U.S. Probation Officer
(212) 805-5164

Approved By:

Bernard Rap  Date
Supervising U.S. Probation Officer

(Rev. eVOP 126607)



Jenkins, James
04CR00179-001

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ✓ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons

    The Offender is directed to appear as follows:

     Date: _____

     Time: _____

     Place: _____

[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Other

_____
Signature of Judicial Officer

1/8/09
_____
Date

(Rev. eVOP 12/06/07)